IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:11-CR-61-BR-2

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| SHANNON LYTLE-FAIDY, | ) | |
| | ) | |
| Defendant. | ) | |

This case came before the court for hearing on the government's motion for pretrial detention of Defendant in accordance with 18 U.S.C. § 3142 *et seq.* Defendant moved to continue the hearing on the grounds that her proposed third-party custodian, whom she anticipates testifying, was unexpectedly not present for the hearing. Defendant's motion is not opposed by the government. For good cause shown Defendant's motion to continue the pre-trial detention hearing is allowed.

The hearing on the government's motion for pretrial detention is hereby continued for a period of two (2) days to **Thursday, May 19, 2011 at 10:30 a.m. in Courtroom 3 of the Alton Lennon Federal Building at Wilmington, North Carolina.**

This court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. It is therefore ordered further that the period of delay necessitated by this continuance is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

This, the 17th day of May, 2011.

Robert B. Jones, Jr.
United States Magistrate Judge