# UNITED STATES DISTRICT COURT

for

### EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

U.S.A. vs. Shannon Lytle-Faidy     Docket No.   7:11-CR-61-2BR

### Petition for Action on Supervised Release

COMES NOW Pamela O. Thornton, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Shannon Lytle-Faidy, who, upon an earlier plea of guilty to Bank Robbery; Aiding and Abetting, in violation of 18 U.S.C. §1951 and §2, was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on October 1, 2012, to the custody of the Bureau of Prisons to Time Served.  It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

4. Th defendant shall pay restitution of $689.00 jointly and severally with her co-defendant and a $100.00 special assessment.

Shannon Lytle-Faidy was released from custody on October 1, 2012, at which time the term of supervised release commenced.

On June 13, 2014, the court was apprised the releasee had used marijuana on May 27, 2014.  The court agreed to take no action since this was the first incident of any violation behavior for the releasee.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 8, 2014, the releasee submitted a urine sample which revealed positive results for marijuana use.  The releasee denied the use of marijuana and stated the result must be from her earlier use of the drug in May.  A confirmation letter regarding the positive test results was requested from Alere Toxicology and returned indicating it was their opinion that the releasee reused marijuana. The releasee was admonished for her drug use and placed in the surprise urinalysis program to monitor future marijuana use.  She was informed that her continued use of marijuana will not be tolerated.

Shannon Lytle-Faidy
Docket No. 7:11-CR-61-2BR
Petition For Action
Page 2

Other than her drug use, the releasee is compliant with all other conditions of supervision. As a sanction for her violation behavior, it is recommended that she perform 24 hours of community service.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Pamela O. Thornton
Pamela O. Thornton
Senior U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-815-4857
Executed On: August 22, 2014

### ORDER OF COURT

Considered and ordered this 25 day of August, 2014, and ordered filed and made a part of the records in the above case.

_____
W. Earl Britt
Senior U.S. District Judge